UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-62183-CIV-MORENO**

PAYLESS JEWELRY #3, INC.,

    Plaintiff,

vs.

NATIONAL BRIDAL SERVICE, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon the Joint Stipulation of Dismissal Without Prejudice **(D.E. 13)**, filed on **November 10, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th of November 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record